## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00107-RBJ

**UNITED STATES OF AMERICA**

Plaintiff,

v.

**SAPTARSHI BHATTACHARYYA**

Defendant.

---

## MOTION FOR COURT ORDERED MENTAL
## HEALTH EXAMINATION
## INCLUDING COMPETENCY

---

COMES NOW, Defendant, by and through his attorney, Thomas Henry, and in furtherance of this Motion states and alleges as follows:

### APPLICABLE STATUE AND PROCEDURE REFERENCE

1) This is a pretrial Motion filed in a timely manner pursuant to Rule 12 and Rule 12.2 of the Federal Rules of Criminal Procedure.

2) The Defendant incorporates herein by this reference the applicable provisions of Title 18 U.S.C. 4241 through 18 U.S.C. 4247.

3) Counsel would request that consideration be given to appointing an examining psychiatrist and/or Doctor of Psychiatric Medicine that has knowledge and/or experience and/or expertise in examining individuals diagnosed with Klinefelter Syndrome.

### NOTICE TO THE COURT AND THE UNITED STATES

4) The Defendant has been diagnosed with a condition medically defined as Klinefelter Syndrome.

5) The diagnosis of this condition raises issues regarding the mental capacity of the Defendant to proceed; the capacity of the Defendant to waive constitutional rights and the capacity of the Defendant to be cognizant of the terms and conditions of any plea

agreement and an understanding of the complexity of the United States District Court sentencing process and sentencing guidelines.

6) The literature published in relevant medical journals references many known and tested criteria that proffer reason to project that a person with this condition may suffer from requisite diminished mental capacity needed to form the specific intent to commit certain defined criminal activity.

## GENERAL ALLEGATIONS – FACTUAL BACKGROUND

7) The Government's attorney has presented Counsel with a plea agreement.  Counsel cannot effectively proceed with representation of the Defendant from the perspective of being able to represent to the Court that the Defendant is competent and mentally capable of understanding the plea agreement premised on diagnostic information currently available to Counsel.

8) Counsel has provided the Government's attorney with a substantial amount of information concerning Klinefelter's Syndrome and also provided a copy of a medical diagnosis of the Defendant completed in 2011

9) On September 22, 2011 the Defendant obtained an updated medical diagnosis that confirmed an early diagnosis of Klinefelter's Syndrome.   This diagnosis was completed at the Endocrinology Clinic, University of Colorado Medical School, Child Development Unit at the Children's Hospital, Aurora, Colorado.

10) The September 22, 2011 made reference in multiple locations of the report to psychiatric and behavioral problems of the Defendant.  The report and diagnostic staff made reference to the need for both intense short term and long term therapeutic needs of the Defendant.  After talking to Defendants friends and family it has been determined that the Defendant failed to diligently follow up with needed counseling and treatment.

11) It is requested that the Court grant this Motion and Order the competency and mental capacity examination of the Defendant forthwith.

DATED 5/15/2016                                    _____/S/   Thomas Henry_

Thomas E. Henry CO Bar #4504
9836 Ontario Street
Omaha, Nebraska 68124
Ph.  402-680-0509
Fax:  1-800-418-5873
Email: tehenry@cox.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 15, 2016, a true and correct copy of the above and foregoing **Motion** was electronically filed with the Clerk of Court using the CM/ECF system and delivered to the Office of the United States Attorney for the District of Colorado.

*/s/ Thomas Henry*